Case No. 23-13032-J

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

JUSTTECH, LLC
Appellant,

v.

KASEYA US LLC
Appellee.

_____

On Appeal from the Order of Dismissal of the
United States District Court for the Southern District of Florida
Case No. 1:22-CV-22454-JEM

---

## APPELLANT JUSTTECH, LLC'S
## CERTIFICATE OF INTERESTED PERSONS
## AND
## CORPORATE DISCLOSURE STATEMENT

**GORDON REES**
**SCULLY MANSUKHANI**
100 S.E. Second Street
Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5339
Facsimile: (877)634-7245

By: */s/ Joseph A. Sacher*
Joseph A. Sacher (FBN 174920)
jsacher@grsm.com

C- **1** of **3**

# JUSTTECH, LLC'S CERTIFICATE OF INTERESTED PERSONS
# AND
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Local Rules 26.1-1, Appellent JustTech, LLC files this Certificate identifying Interested Persons:

1. Andrew R. Schindler (Dist. Ct.) Attorney for Appellant JustTech, LLC

2. Gordon Rees Scully Mansukhani, LLP, Counsel for Plaintiff/Appellant

3. Honorable Jose E. Martinez, U.S. District Court Judge

4. Joseph L. Meadows (Dist. Ct.) Attorney for Appellant JustTech, LLC

5. Joseph Alan Sacher, Attorney for Plaintiff/Appellant JustTech, LLC

6. JustTech, LLC – Appellant (Plaintiff)

7. Kaseya US LLC, Appellee (Defendant)

8. Olga M. Vieira (Dist. Ct.) Attorney for Appellee Kaseya US LLC

9. Quinn Emanuel Urquhart & Sullivan (Dist. Ct.) Counsel for Appellee

10. Viola Trebicka, (District Court) Attorney for Appellee Kaseya US LLC

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Local Rules 26.1-1, Appellent files this Corporate Disclosure Statement: Appellant JustTech, LLC is a non-governmental corporate party and JustTech does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Respectfully submitted this 26th day of September, 2023.

                      **GORDON REES**
                      **SCULLY MANSUKHANI**
                      100 S.E. Second Street
                      Suite 3900
                      Miami, Florida 33131
                      Telephone: (305) 428-5339
                      Facsimile: (877) 634-7245

                      By: */s/ Joseph A. Sacher*
                      Joseph A. Sacher (FBN 174920)
                      jsacher@grsm.com

                      ***Counsel for JustTech, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                      By: */s/ Joseph A. Sacher*
                           Joseph A. Sacher
                           Florida Bar No.: 174920